```
                   UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEW JERSEY
```

| | |
|---|---|
| MT HOLLY CITIZENS IN ACTION, INC., et al., : : :        Plaintiffs, : :           v. : : TOWNSHIP OF MOUNT HOLLY, et al., : :        Defendants. : : | Civil Action No. **08-2584 (NLH)** **ORDER** |

**HILLMAN, District Judge**

For the reasons expressed in the Court's Opinion filed on this date,

**IT IS HEREBY ORDERED** on this 25th day of November, 2008, that Plaintiffs' motion to amend [41] is granted in part and denied in part; and it is further

**ORDERED** that Plaintiffs may file the proposed second amended complaint submitted in conjunction with their motion to amend [41], but must remove from that document Counts 10 and 11, which this Court has dismissed without prejudice as unripe [see 46].

This order does not address whether any counts of the proposed second amended complaint might subsequently, upon motion, be dismissed pursuant to Fed. R. Civ. P. 12(b)(6). Nor does it address whether this Court will ultimately exercise

supplemental jurisdiction over Count 9 of the proposed second amended complaint.

                                                             /s/ Noel L. Hillman
                                                          NOEL L. HILLMAN, U.S.D.J.

At Camden, New Jersey