UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MT HOLLY CITIZENS IN ACTION, INC., et al., : <br> : <br> Plaintiffs, : <br> : <br> v. : <br> : <br> TOWNSHIP OF MOUNT HOLLY, et al., : <br> : <br> Defendants. : <br> : | Civil Action No. <br> **08-2584 (NLH)** <br><br><br><br><br> **ORDER** |

**HILLMAN, District Judge**

    Plaintiffs having moved for a preliminary injunction in this matter;

    And Plaintiffs having subsequently moved for leave to amend the complaint to which the motion for preliminary injunction related;

    And this Court having granted Plaintiffs leave to amend their complaint;

    And this Court having scheduled a hearing on Plaintiffs' motion for preliminary injunction for December 5, 2008;

    It is hereby ORDERED this 25th day of November, 2008 that Plaintiffs file a letter with this Court by 4 p.m. on November 26th, 2008, clarifying the effect of this Court's opinion of October 28, 2008 and the amendment of the complaint on the pending motion for preliminary injunction.  Specifically,

Plaintiffs must state on which claims they intend to argue that they are entitled to preliminary injunctive relief.

                                          /s/ Noel L. Hillman

                                          NOEL L. HILLMAN, U.S.D.J.

At Camden, New Jersey