```
                  UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEW JERSEY


MT HOLLY CITIZENS IN ACTION,   :
INC., et al.,                  :
                               :      Civil Action No.
          Plaintiffs,          :      08-2584 (NLH)
                               :
     v.                        :
                               :
TOWNSHIP OF MOUNT HOLLY,       :
et al.,                        :      ORDER
                               :
          Defendants.          :
                               :
```

**HILLMAN, District Judge**

    Plaintiffs having requested this Court's permission to supplement the record pertaining to their motion for preliminary injunction by filing a report prepared by the New Jersey Public Advocate's Office;

    And Defendant Township of Mount Holly having objected to this Court's consideration of said report;

    And it appearing that in the context of a preliminary injunction hearing, the Court may consider evidence that would not normally be admissible under the Federal Rules of Evidence, see Kos Pharmaceuticals, Inc. v. Andrx Corp., 369 F.3d 700, 718-19 (3d Cir. 2004);

    It is hereby ORDERED this 25th day of November, 2008 that Plaintiffs' request to supplement the record [54] is GRANTED, without prejudice to Defendants' right to contest the merits of

the allegations in the report or the weight that the report should be given in the context of Plaintiffs' application for preliminary injunctive relief; and without prejudice to Defendants' right to contest the admissibility of the report in any future proceeding in this matter subject to the Federal Rules of Evidence, Rule 803, 1101.

                                                  /s/ Noel L. Hillman
                                               NOEL L. HILLMAN, U.S.D.J.

At Camden, New Jersey