UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

MT HOLLY CITIZENS IN ACTION, INC., et al.,

        Plaintiffs,

    v.

TOWNSHIP OF MOUNT HOLLY, et al.,

        Defendants.

Civil Action No.
**08-2584 (NLH)(JS)**

**ORDER**

For the reasons expressed in the Court's Opinion filed today,

**IT IS HEREBY** on this <u>  3rd  </u> day of <u>January</u>, 2011

**ORDERED** that defendants' converted motions for summary judgment [74, 84, 86, 112] are GRANTED; and it is further

**ORDERED** the Clerk of the Court shall mark this matter as CLOSED.

                                                s/ Noel L. Hillman

At Camden, New Jersey        NOEL L. HILLMAN, U.S.D.J.